O

CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARRELL MOORE, SR., | ) | Case No. CV 13-02422 DDP (JCGx) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER DENYING PLAINTIFF'S MOTION** |
| v. | ) | **FOR RECONSIDERATION** |
| | ) | |
| STATE OF CALIFORNIA; STATE | ) | |
| OF CALIFORNIA SUPERIOR COURT | ) | |
| JUDGES; STATE OF CALIFORNIA | ) | [Dkt. 30] |
| SUPREME COURT; THE STATE | ) | |
| CHARTED AGENCY-THE HOUSING | ) | |
| AUTHORITY OF THE CITY OF LOS | ) | |
| ANGELES; STATE OF CALIFORNIA | ) | |
| JUDICIAL COMMISSION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Presently before the Court is Plaintiff's Motion for Reconsideration of Order Granting Motion to Dismiss (Dkt. 30). As stated on the record at the November 4, 2013 hearing in this matter, the Motion is DENIED. HACLA's Motion for Sanctions (Dkt. 33) was also denied on the record and in the Court's prior minute

///

///

///

order (Dkt. 37). The Court cautions Plaintiff and Plaintiff's counsel that the filing of further motions with this Court will likely result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: November 4, 2013

DEAN D. PREGERSON
United States District Judge

2